IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Payan, Roberto C

Printed: 01/22/09

Case Number: 05 B 16114
Judge: Goldgar, A. Benjamin
Filed: 4/25/05

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Ch 7 Conversion:  November 24, 2008
Confirmed: July 26, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---:|---:|
|  | 31,441.00 |  |
| Secured: |  | 2,755.37 |
| Unsecured: |  | 24,342.74 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,700.00 |
| Trustee Fee: |  | 1,619.03 |
| Other Funds: |  | 23.86 |
| Totals: | 31,441.00 | 31,441.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Lorraine Greenberg & Assoc LLC | Administrative | 2,700.00 | 2,700.00 |
| 2. | Alliant Credit Union | Secured | 2,755.37 | 2,755.37 |
| 3. | Alliant Credit Union | Unsecured | 498.54 | 1,388.95 |
| 4. | Illinois Student Assistance Commission | Unsecured | 1,714.80 | 4,777.48 |
| 5. | Sallie Mae | Unsecured | 219.48 | 611.68 |
| 6. | ECast Settlement Corp | Unsecured | 100.99 | 271.52 |
| 7. | Specialized Management Consultants | Unsecured | 16.53 | 33.66 |
| 8. | Alliant Credit Union | Unsecured | 284.72 | 793.50 |
| 9. | Illinois Dept Of Employment Sec | Unsecured | 300.00 | 835.80 |
| 10. | Alliant Credit Union | Unsecured | 389.35 | 1,084.73 |
| 11. | City Of Chicago Dept Of Revenue | Unsecured | 162.00 | 451.34 |
| 12. | Social Security Administration | Unsecured | 5,057.50 | 14,094.08 |
| 13. | Commerce Bank | Unsecured |  | No Claim Filed |
| 14. | University of Illinois | Unsecured |  | No Claim Filed |
| 15. | Dominick's Finer Foods | Unsecured |  | No Claim Filed |
| 16. | University Of Chicago Medical Center | Unsecured |  | No Claim Filed |
| 17. | North Park College | Unsecured |  | No Claim Filed |
| 18. | TCF Bank | Unsecured |  | No Claim Filed |
| 19. | Argent Care Inc | Unsecured |  | No Claim Filed |
| 20. | Argent Care Inc | Unsecured |  | No Claim Filed |
| 21. | University Of Illinois Hospital | Unsecured |  | No Claim Filed |
| 22. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 23. | Alliant Credit Union | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,199.28 | $ 29,798.11 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Payan, Roberto C

Printed: 01/22/09

Case Number:  05 B 16114
Judge:  Goldgar, A. Benjamin
Filed:  4/25/05

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---:|---:|
| 3% | 76.53 |
| 5.5% | 438.69 |
| 5% | 136.47 |
| 4.8% | 269.53 |
| 5.4% | 578.10 |
| 6.5% | 119.71 |
|  | $ 1,619.03 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

